**8**

John SKAGGS v. STATE. (No. 10111.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Wichita County; P. A. Martin, Judge. Heyser & Hicks,

Harry Bunnenberg, and Mathis & Caldwell, all of Wichita Falls, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J.   Appeal is from a conviction for possession of intoxicating liquor, with the punishment assessed at confinement in the penitentiary for two years. Appellant now files his affidavit in this court, advising that he no longer desires to prosecute his appeal, and requesting that the same be dismissed. In compliance with such request, it is so ordered.